IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                                  CASE NO. 06-10157GVL1

WILLISTON CONCRETE, INC.

                                                                        CHAPTER 7

            Debtor(s)
_____/

**NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATED
IN ACCORDANCE WITH 11 U.S.C. §347**

      Chapter 7 Trustee, Theresa M. Bender ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, U.S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant | Dividend |
|---|---|---|
| 2 | University Map<br>P. O. Box 15<br>Williamston, MI 48895 | $45.00 |

                                         /s/ Theresa M. Bender
                                         THERESA M. BENDER
                                         CHAPTER 7 TRUSTEE
                                         Theresa M. Bender, P.A.
                                         Post Office Box 14557
                                         Tallahassee, FL  32317
                                         PH:  (850) 205-7777
                                         FL. Bar # 0749486
                                         Tmbenderch7@yahoo.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATEDIN ACCORDANCE WITH 11 U.S.C. §347 has been served Electronically, or by U.S. Mail within two business days upon the following:

Office of the U.S. Trustee
110 E. Park Ave.
Suite 110
Tallahassee, FL. 32301

University Map
P. O. Box 15
Williamston, MI 48895

Dated: 2/23/2011                                                    /s/ Theresa M. Bender